In the Matter of the Application of JOHN PARKER, a Member of American Society of Mechanical Engineers, for an Order Requiring the Making and Filing of an Inventory, etc. JOHN PARKER, Respondent, v. AMERICAN SOCIETY OF MECHANICAL ENGINEERS, Appellant.—Appeal dismissed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of JOSEPH TUKMAN, Appellant, for an Order Directing OSCAR MARKS, an Attorney and Counselor at Law, Respondent, to Turn Over to Him the Sum of Two Thousand Seven Hundred Thirty-three and 34/100 ($2,733.34) Dollars.— Order reversed, without costs, and the matter remitted to an official referee to take testimony and report to Special Term the amount, if any, due to the petitioner. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HARVARD FINANCIAL CORPORATION, Respondent, v. BENJAMIN SHERMAN, Defendant. GELKOM REALTY CORPORATION, Judgment Creditor, Appellant.— Orders reversed, without costs, and the matter remitted to an official referee to take testimony and report to Special Term. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BERT WHITSON, Appellant, v. BENJAMIN BACHRACK and Another, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and deny the motion.

ETHEL SHERMAN MYERS, Appellant, v. STANLEY S. MYERS, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

APEX REGULAR DEMOCRATIC CLUB, INC., and Another, Respondents, v. WILLIAM KAMPEL, Appellant.— Order affirmed, with leave to the defendant to answer within twenty days from service of order upon payment of the ten dollars motion costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

THE AMERICAN METAL COMPANY, LIMITED, v. BERRY SOLDER CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

THE CITY OF NEW YORK v. CULLEN FUEL COMPANY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

CONLEW, INC., v. HERMAN FLOERSHEIMER and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAE MURRAY, Also Known as PRINCESS MAE MDIVANI, v. TIFFANY PRODUCTIONS, INC., Impleaded, etc.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.